# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Suffolk Construction Company | ) | ASBCA No. 59449 |
| | ) | |
| Under Contract No. N40085-11-C-7231 | ) | |

APPEARANCE FOR THE APPELLANT:      Kirk J. McCormick, Esq.
      Hinckley, Allen & Snyder LLP
      Boston, MA

APPEARANCES FOR THE GOVERNMENT:      Ronald J. Borro, Esq.
      Navy Chief Trial Attorney
      Stephen Bacon, Esq.
      Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 23 October 2014

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59449, Appeal of Suffolk Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals